IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ANDRE SANFORD,

    Plaintiff

v.      CIVIL NO. 4:CV-13-3064

PENNSYLVANIA BOARD OF,      (Judge Brann)
PROBATION AND PAROLE, ET AL.,

    Defendants

## **ORDER**

January 7, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Western District of Pennsylvania.

2. The Clerk of Court is directed to **CLOSE** the case.

        BY THE COURT:

        s/Matthew W. Brann
        Matthew W. Brann
        United States District Judge